# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☐ Under Seal

**Judge Assigned:** LMB

**Place of Offense:**

City: Fairfax
County: Virginia

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.
Search Warrant Case No.

**Criminal No.** 1:21cr-00212
New Defendant: x
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Thomas J. Nash
**Alias(es):** Kyle
☐ Juvenile   **FBI No.** 898099AE6

**Address:**
**Employment:**

**Birth Date:** 1996   **SSN:** 7868   **Sex:** Male   **Race:** White   **Nationality:**
**Place of Birth:**   **Height:** 6'1"   **Weight:** 180   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** John O. Iweanoge II
**Address:** 1026 Monroe Street, NE Washington, DC 20017
**Phone:** (202) 347-7026

☐ Court Appointed   **Counsel Conflicts:**
☐ Retained
☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rachel Roberts   **Phone:** (703) 299-3700   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Task Force Officer Randall Mason, Drug Enforcement Administration

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 USC §841(a)(1), 846 | Consp. to Dist. PWID 5 Kilograms or | 1 | Felony |
| Set 2: | | | | |

**Date:** 9/21/2021   **AUSA Signature:**   *may be continued on reverse*